UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:18-CV-124-D

| | | |
|---|---|---|
| JIN WOO NAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JEFF SESSIONS, | ) | |
| Attorney General of the United | ) | |
| States, and U.S. CITIZENSHIP AND | ) | |
| IMMIGRATION SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |

For good cause having been shown upon the motion of the Defendants to place this case in abeyance for 90 days, it is hereby

ORDERED that this case be placed in abeyance for 90 days from the date of entry of this order.

It is further ORDERED that Counsel for the Defendants provide this court with a Status Report at the end of the 90-day period.

So ORDERED THIS __5__ day of __October__, 2018.

_____
JAMES C. DEVER III
Chief United States District Court Judge