IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:18-CV-124-D

JIN WOO NAM,

      Plaintiff,

v.

MATTHEW WHITAKER, Acting
Attorney General of the United States, and
U.S. CITIZENSHIP AND
IMMIGRATION SERVICES,

      Defendants.

**ORDER**

On January 3, 2019, defendants moved to dismiss this action as moot [D.E. 16] and filed a memorandum in support [D.E. 17]. Plaintiff did not respond.

The court has reviewed the record. The court GRANTS defendants' motion to dismiss [D.E. 16]. The court DISMISSES the action without prejudice.

SO ORDERED. This 8 day of February 2019.

                                            JAMES C. DEVER III
                                            United States District Judge