UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JIN WOO NAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **JUDGMENT IN A** |
| | ) | **CIVIL CASE** |
| v. | ) | **CASE NO. 7:18-cv-124-D** |
| | ) | |
| JEFF SESSIONS and U.S. CITIZENSHIP AND | ) | |
| IMMIGRATION SERVICES, | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS defendants' motion to dismiss [D.E. 16]. The court DISMISSES the action without prejudice.

**This Judgment Filed and Entered on February 8, 2019, and Copies To:**

| | |
|---|---|
| Jin Woo Nan | (Sent to 11000 King George Ln. Waxhaw, NC 28173 via US Mail) |
| Lori B. Warlick | (via CM/ECF electronic notification) |

DATE:                                 PETER A. MOORE, JR., CLERK

February 8, 2019                (By) /s/ Nicole Sellers
                                                                        Deputy Clerk